| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2015 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Langstaff, Thomas Q. | 2. Court or Organization District Court-Middle District Georgia | 3. Date of Report 04/19/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Magristrate judge-full-time | 5a. Report Type (check appropriate type) ☐ Nomination   Date ☐ Initial   ☑ Annual   ☐ Final   Date 5b. ☐ Amended Report | 6. Reporting Period 01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

201 W. Broad Avenue
Albany, Georgia 31701

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2010 | The remaining partner, Bob Langstaff Jr. has agreed to buy out Thomas Langstaff's interest in partnership |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Langstaff, Thomas Q. | 04/19/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Langstaff, Thomas Q. | 04/19/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Langstaff, Thomas Q. | 04/19/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America-accounts | A | Int./Div. | J | T | | | | | |
| 2. Flint Community Bank | A | Int./Div. | M | T | | | | | |
| 3. SB&T Accounts | A | Int./Div. | K | T | | | | | |
| 4. Bank of America-common stock | A | Distribution | K | T | | | | | |
| 5. DWS Kemper Fund-DWS Strategic Gov't Security Fund | B | Int./Div. | K | T | | | | | |
| 6. Merrill Lynch Eaton Vance Tax Free Bond | B | Int./Div. | K | T | | | | | |
| 7. Albany Bank and Trust IRA | C | Int./Div. | L | T | | | | | |
| 8. Fidelity-Capital & Income | A | Int./Div. | K | T | | | | | |
| 9. Fidelity - Capital Appreciation | A | Int./Div. | K | T | | | | | |
| 10. Fidelity Cash Reserves | A | Int./Div. | J | T | | | | | |
| 11. Fidelity-Asset Manager 20% | A | Int./Div. | J | T | | | | | |
| 12. Fidelity-Europe | A | Int./Div. | K | T | | | | | |
| 13. Fidelity-OTC Port | A | Int./Div. | J | T | | | | | |
| 14. Fidelity-Select Gold | A | Int./Div. | J | T | | | | | |
| 15. Fidelity-Select Chemicals | A | Int./Div. | K | T | | | | | |
| 16. Fidelity-Value | A | Int./Div. | K | T | | | | | |
| 17. Fidelity-Int'l Discovery | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Langstaff, Thomas Q. | 04/19/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fidelity-Capital Appreciation | A | Int./Div. | J | T | | | | | |
| 19. Fidelity-Stock Selector | A | Int./Div. | K | T | | | | | |
| 20. Fidelity-Contrafund | A | Int./Div. | K | T | | | | | |
| 21. Fidelity-Short term bond | A | Int./Div. | J | T | | | | | |
| 22. Fidelity-High income | A | Int./Div. | J | T | | | | | |
| 23. Fidelity-GNMA Fund | A | Int./Div. | K | T | | | | | |
| 24. Fidelity-Mortgage securities | A | Int./Div. | K | T | | | | | |
| 25. Fidelity-Export & Multinational | A | Int./Div. | K | T | | | | | |
| 26. Columbia Cash Reserves | A | Int./Div. | J | T | | | | | |
| 27. Fidelity-Balanced | A | Int./Div. | J | T | | | | | |
| 28. T. Rowe Price- New America Growth | A | Int./Div. | J | T | | | | | |
| 29. T. Rowe Price- International Stock | A | Int./Div. | J | T | | | | | |
| 30. T. Rowe Price- New Asia | A | Int./Div. | K | T | | | | | |
| 31. T. Rowe Price- Science & Technology | A | Int./Div. | L | T | | | | | |
| 32. T. Rowe Price- Mid Cap Value | A | Int./Div. | K | T | | | | | |
| 33. T. Rowe Price- Divedend Growth | A | Int./Div. | K | T | | | | | |
| 34. T. Rowe Price- Prime Reserve | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Langstaff, Thomas Q. | 04/19/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. T. Rowe Price- GNMA | A | Int./Div. | K | T | | | | | |
| 36. T. Rowe Price- New Income | A | Int./Div. | J | T | | | | | |
| 37. Georgia International Life Insurance Co | A | Interest | J | T | | | | | |
| 38. Fidelity-NH Portfolio 2018 (Education 529 Plan) | A | Int./Div. | M | T | Sold (part) | 02/10/15 | K | | |
| 39. Georgia Defined Contribution Plan | A | Int./Div. | J | T | | | | | |
| 40. Merrill Lynch-Blackrock Global (MDLOX) | A | Int./Div. | J | T | | | | | |
| 41. Merrill Lynch-Blackrock Global(MCLOX) | A | Int./Div. | K | T | | | | | |
| 42. Southern Company-(X) common stock | A | Int./Div. | K | T | | | | | |
| 43. Gabelli Utilities-(X)common stock | A | Int./Div. | J | T | | | | | |
| 44. Wells Fargo Intermediate fixed inc. PTTRX | A | Int./Div. | J | T | | | | | |
| 45. WF Intermediate fixed inc. JBGIX | A | Int./Div. | J | T | | | | | |
| 46. WF Intermediate fixed Inc. MWTIX | A | Int./Div. | J | T | | | | | |
| 47. WF Intermediate fixed Inc.MGBIX | A | Int./Div. | J | T | | | | | |
| 48. WF Intermediate fixed Inc.GSZIX | A | Int./Div. | J | T | | | | | |
| 49. WF Intern'l markets OIBYX | A | Int./Div. | J | T | | | | | |
| 50. WF Intern'l markets MEDIX | A | Int./Div. | J | T | | | | | |
| 51. WF Large Cap Equity TWGIX | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Langstaff, Thomas Q. | 04/19/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. WF Large Cap Equity WFCIX | A | Int./Div. | J | T | | | | | |
| 53. WF Large Cap Equity DGAGX | A | Int./Div. | J | T | | | | | |
| 54. WF Large Cap Equity DODGX | A | Int./Div. | J | T | | | | | |
| 55. WF Large Cap equity JPIVX | A | Int./Div. | J | T | | | | | |
| 56. WF Mid Cap equity ASIMX | A | Int./Div. | J | T | | | | | |
| 57. WF Mid Cap equity RSVYX | A | Int./Div. | J | T | | | | | |
| 58. WF Small cap equity ORIYX | A | Int./Div. | J | T | | | | | |
| 59. WF Small cap equity HNVIX | A | Int./Div. | J | T | | | | | |
| 60. WF International equity AEGFX | A | Int./Div. | J | T | | | | | |
| 61. WF Emerging markets EMGNX | A | Int./Div. | J | T | | | | | |
| 62. WF Emerging markets HIEMX | A | Int./Div. | J | T | | | | | |
| 63. WF Reits and MLP CSRSX | A | Int./Div. | J | T | | | | | |
| 64. WF Multi Class TIBIX | A | Int./Div. | J | T | | | | | |
| 65. WF Other Holdings OOSYX | A | Int./Div. | J | T | | | | | |
| 66. WF Other Holdings PCRIX | A | Int./Div. | J | T | | | | | |
| 67. Wells Fargo-stock Abbvie ABBV | A | Int./Div. | J | T | | | | | |
| 68. WF-stock Altria Group MO | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Langstaff, Thomas Q. | 04/19/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. WF-stock American Electric AEP | A | Int./Div. | J | T | | | | | |
| 70. WF-stock AT&T Inc T | A | Int./Div. | J | T | | | | | |
| 71. WF- stock Bristol Myers Squibb BMY | A | Int./Div. | J | T | | | | | |
| 72. WF- stock Cisco CSCO | A | Int./Div. | J | T | | | | | |
| 73. WF- stock Conagra CAG | A | Int./Div. | J | T | | | | | |
| 74. WF- stock Conocophillips COP | A | Int./Div. | J | T | | | | | |
| 75. WF- stock Diageo PLC DEO | A | Int./Div. | J | T | | | | | |
| 76. WF- stock Dominion Res Inc D | A | Int./Div. | J | T | | | | | |
| 77. WF- stock Dover Corp DOB | A | Int./Div. | J | T | | | | | |
| 78. WF- stock Du Pont E.I DOV | A | Int./Div. | J | T | | | | | |
| 79. WF- stock Genl Dymanics GD | A | Int./Div. | J | T | | | | | |
| 80. WF- stock Genuine Parts GPC | A | Int./Div. | J | T | | | | | |
| 81. WF- stock Glaxosmithkline GSK | A | Int./Div. | J | T | | | | | |
| 82. WF- stock HCP Inc HCP | A | Int./Div. | J | T | | | | | |
| 83. WF- stock Health Care REIT HCN | A | Int./Div. | J | T | | | | | |
| 84. WF- stock Home Depot | A | Int./Div. | J | T | | | | | |
| 85. WF- stock Illinois Tool Workers ITW | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Langstaff, Thomas Q. | 04/19/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. WF- stock Intel Corp INTC | A | Int./Div. | J | T | | | | | |
| 87. WF- stock International Paper IP | A | Int./Div. | J | T | | | | | |
| 88. WF-stock Johnson & Johnson JNJ | A | Int./Div. | J | T | | | | | |
| 89. WF- stock JPMorgan JPM | A | Int./Div. | J | T | | | | | |
| 90. WF- stock Kimberly Clark KMB | A | Int./Div. | J | T | | | | | |
| 91. WF- stock Kraft Food KRFT | A | Int./Div. | J | T | | | | | |
| 92. WF- stock Lockheed Martin LMT | A | Int./Div. | J | T | | | | | |
| 93. WF- stock M&T Bank MTB | A | Int./Div. | J | T | | | | | |
| 94. WF- stock Mattel Inc MAT | A | Int./Div. | J | T | | | | | |
| 95. WF- stock Maxim Integrated MXIM | A | Int./Div. | J | T | | | | | |
| 96. WF- stock McDonalds MCD | A | Int./Div. | J | T | | | | | |
| 97. WF- stock Microchip TEch MCHP | A | Int./Div. | J | T | | | | | |
| 98. WF- stock Microsoft Corp MSFT | A | Int./Div. | J | T | | | | | |
| 99. WF- stock Nextrera Energy NEE | A | Int./Div. | J | T | | | | | |
| 100. WF- stock Nucor Corp NUE | A | Int./Div. | J | T | | | | | |
| 101. WF- stock People's United Final PBCT | A | Int./Div. | J | T | | | | | |
| 102. WF- stock Pepsico Incorp PEP | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Langstaff, Thomas Q. | 04/19/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. WF- stock Pfizer Inc PFE | A | Int./Div. | J | T | | | | | |
| 104. WF- stock Phillips 66 | A | Int./Div. | J | T | | | | | |
| 105. WF- stock Procter & Gamble PG | A | Int./Div. | J | T | | | | | |
| 106. WF- stock Royal Dutch Shell RDS/A | A | Int./Div. | J | T | | | | | |
| 107. WF- stock Sonoco Prod SON | A | Int./Div. | J | T | | | | | |
| 108. WF- stock Spectra Energy SE | A | Int./Div. | J | T | | | | | |
| 109. WF- stock Southern Company SO | A | Int./Div. | J | T | | | | | |
| 110. WF-stock United Parcel Service UPS | A | Int./Div. | J | T | | | | | |
| 111. WF- stock Verizon Communications VZ | A | Int./Div. | J | T | | | | | |
| 112. WF-stock Walgreen Co WAG | A | Int./Div. | J | T | | | | | |
| 113. WF-stock Waste Mgmt WM | A | Int./Div. | J | T | | | | | |
| 114. Wells Fargo Franklin Incoe FD CL C FCISX | A | Int./Div. | J | T | | | | | |
| 115. WF Franklin Rising Div Cl C FRDTX | A | Int./Div. | J | T | | | | | |
| 116. WF Franklin Strategic Inc Rd Cl C FSGCX | A | Int./Div. | J | T | | | | | |
| 117. WF Mutual Series FD Inc Global Dis FD CL C TEDSX | A | Int./Div. | J | T | | | | | |
| 118. WF Templeton Global Bond CL C TEGBX | A | Int./Div. | J | T | | | | | |
| 119. Vanguard Balanced Index Admiral Shares | A | Int./Div. | K | T | Buy | 09/03/15 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Langstaff, Thomas Q. | 04/19/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  Vanguard Intern'l Growth Fund | A | Int./Div. | K | T | Buy | 09/03/15 | K | | |
| 121.  Vanguard Settlement Fund | A | Int./Div. | J | T | Buy | 09/03/15 | K | | |
| 122.  Vanguard Morgan Growth Fund | A | Int./Div. | K | T | Buy | 09/03/15 | K | | |
| 123. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Langstaff, Thomas Q. | 04/19/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas Q. Langstaff**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544